UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____

IN RE:
LOUIS B. BULLARD,                                    Chapter 13
        DEBTOR.                                    Case No. 10-23503-WCH

_____

## ORDER

In accordance with the Memorandum of Decision of even date, the "Objection to Confirmation of Third Amended Chapter 13 Plan" filed by Hyde Park Savings Bank is sustained. The Debtor shall file a further amended plan by August 23, 2012, failing which, this case shall be dismissed.

_____
William C. Hillman
United States Bankruptcy Judge

Dated: July 24, 2012